# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39461 (f rev)**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Benjamin S. WILLIAMS**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

*Upon Further Review*

Decided 15 May 2020

————————————

*Military Judge:* Mark W. Milam.

*Approved sentence:* Dishonorable discharge, confinement for 59 months, and reduction to E-1. Sentence adjudged 1 November 2017 by GCM convened at Royal Air Force Mildenhall, United Kingdom.

*For Appellant:* Major Mark J. Schwartz, USAF.

Before J. JOHNSON, POSCH, and KEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

Appellant's case is before this court for the second time. In *United States v. Williams*, No. ACM 39461, 2019 CCA LEXIS 442 (A.F. Ct. Crim. App. 31 Oct. 2019) (unpub. op.), we affirmed the findings and sentence. However, because the action failed to include credit for two days of illegal pretrial confinement ordered by the military judge, we returned the record to the Judge Advocate General for remand to the convening authority to withdraw the incomplete action, substitute a corrected action, and issue a corrected court-martial order.

On 17 January 2020, the convening authority withdrew the action and substituted a corrected action in accordance with the court's direction. Appellant has not raised any additional issues for our consideration upon further review, and we find the corrected action and court-martial order are complete.

The approved findings and sentence were previously affirmed by this Court, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). *Manual for Courts-Martial, United States* (2016 ed.).

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court